UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MARTINEZ M. WARREN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:15CV91 SNLJ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Movant has submitted a motion to vacate sentence under 28 U.S.C. § 2255. The motion is unsigned. Rule 2(b)(5) of the Rules Governing § 2255 Cases requires that all § 2255 motions be signed under penalty of perjury. As a result, the Court will order the Clerk to mail a copy of the motion to movant. And movant will be directed to sign and return the motion within thirty (30) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to movant a copy of his motion to vacate sentence.

**IT IS FURTHER ORDERED** that movant must sign his § 2255 motion and return it to the Court within **30 days of the date of this Order**.

Dated this 27th day of May, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE